IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| BENNIE CUNNINGHAM, #A-62152 | ) |
| | ) |
| Plaintiff, | ) No. 15-cv-000619-SMY-RJD |
| | ) |
| vs. | ) |
| | ) |
| BENJAMIN LEWIS, et. al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S PRETRIAL DISCLOSURES

Now Comes Plaintiff Bennie Cunningham, ("Cunningham"), by his undersigned attorneys, and pursuant to Fed. R. Civ. P. 26(a)(3)(A), hereby make the following disclosures:

1. The name and if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i):

   a. Witnesses the Plaintiff expects to present:

      1. **Plaintiff Bennie Cunningham**, c/o Mark Kurz, 5000 West Main Street, P.O. Box 23560, Belleville, IL 62223-0560 (618) 277-9000

      2. **Defendant Benjamin Lewis,** c/o Melissa A. Jennings, 500 S. Second Street, Springfield, IL 62701 (217) 785-4555

      3. **Defendant Jason Zollars,** c/o Melissa A. Jennings, 500 S. Second Street, Springfield, IL 62701 (217) 785-4555

      4. **Trent Ralston,** (former Defenant), c/o Melissa A. Jennings, 500 S. Second Street, Springfield, IL 62701 (217) 785-4555

      5. **Daniel Korte,** (former Defenant), c/o Melissa A. Jennings, 500 S. Second Street, Springfield, IL 62701 (217) 785-4555

      6. **Dana Hall,** Nurse, Lawrence Correctional Center

      b.      Witnesses the Plaintiff may call if the need arises:

            1.      **Wayne Woodward,** Chief Engineer, Lawrence Correctional Center

            2.      Any witnesses listed or designated by the Defendants and/or Co-Defendant.

            3.      Any impeachment or rebuttal witnesses as necessary.

2. The designation of those witnesses by whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the depositions pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii): None.

3. An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii):

      a.      Exhibits the Plaintiff expects to offer:

            1.      July 10, 2014, Incident Report by Darnold, RN;

            2.      July 10, 2014, Incident Report by B. Lewis;

            3.      July 10, 2014, Incident Report by Zollars;

            4.      July 10, 2014, Incident Report by Ralston;

            5.      Plaintiff's July 24, 2014, grievances, relevant responses, and attachments;

      b.      Exhibits the Plaintiff may offer if the need arises:

            1.      Plaintiff's Complaint;

            2.      Plaintiff's Deposition;

            3.      Plaintiff's responses to discovery requests.

Respectfully submitted,

BOYLE BRASHER LLC

BY:    /s/ Mark R. Kurz
       Mark R. Kurz, #06211071
       BOYLE BRASHER LLC
       5000 West Main Street, Box 23560
       Belleville, IL 62223-0560
       (618) 277-9000
       (618) 277-4594 – fax
       mkurz@boylebrasher.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| BENNIE CUNNINGHAM, #A-62152 ) | |
| ) | |
| Plaintiff, ) | No. 15-cv-000619-SMY-RJD |
| ) | |
| vs. ) | |
| ) | |
| BENJAMIN LEWIS, et. al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2017, I electronically filed Plaintiff's Pretrial Disclosures with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

Respectfully submitted,

BOYLE BRASHER LLC

BY:     /s/ Mark R. Kurz
    Mark R. Kurz, #06211071
    BOYLE BRASHER LLC
    5000 West Main Street, Box 23560
    Belleville, IL 62223-0560
    (618) 277-9000
    (618) 277-4594 – fax
    mkurz@boylebrasher.com