IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| BENNIE CUNNINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 15-cv-619-RJD |
| BENJAMIN LEWIS, et al., | ) | |
| Defendants. | ) | |

## ORDER

**DALY, Magistrate Judge:**

Having been advised that the above action has been settled but that additional time is needed to consummate settlement, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 90 days from the date of this Order. Should the parties fail to consummate settlement within 90 days, they may petition the Court to delay entry of judgment until a later date.

**IT IS SO ORDERED.**

**DATED:** February 4, 2019

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**